STATE *ex rel* F. C. YEOMAN v. CITY OF SARASOTA

194 So. 875
Opinion Filed January 5, 1940
Rehearing Denied February 15, 1940

*J. E. Satterfield,* for Plaintiff in Error;
*Williams & Dart,* for Defendant in Error.

TERRELL, C. J.—The record and the briefs in this case have been examined and the questions raised found to be identical with those raised and decided in State *ex rel.* M. E. Garland v. City of West Palm Beach, a municipal corporation, decided this date. The judgment below is accordingly affirmed on authority of the last cited case.

Affirmed.

WHITFIELD, P. J., BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.